FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

Dec 1

2016 NOV 31  AM 8:53

CLERK _J. Burton_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| vs. | ) | USDC No. CR1:97-43 |
| | ) | |
| TONY LANIER JACKSON, | ) | USCA No. 15-11852-EE |
| | ) | |
| Defendant-Appellant. | ) | |

### O R D E R

The mandate from the United States Court of Appeals for the Eleventh Circuit having been issued affirming the Defendant's conviction and sentence,

IT IS HEREBY ORDERED that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

SO ORDERED, this ____1st____ day of ____December____, 2016.


_____
Dudley H. Bowen, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA